(No. 3989—)

SHELL OIL COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 24, 1947.*

SHELL OIL CO., pro se,

GEORGE F. BARRETT, Attorney General, for respondent.

BERGSTROM, J.

This claim was filed on September 20, 1946 by the claimant, Shell Oil Company, Inc. for $52.75, which claimant alleges is due for deliveries of gasoline and oil to the Illinois Soldiers' and Sailors' Children's School, Normal, Illinois.

The record consists of the Complaint, Report of The Illinois Soldiers' and Sailors' Children's School of Normal, Illinois, and Waivers of Briefs.

The complaint alleges that deliveries were made to the said School as follows:

May 1, 1945—100 gal. gasoline............................................. $13.40
May 26, 1945—100 gal. gasoline.............................................. 13.40
June 26, 1945—49 gal. oil.................................................... 9.31
June 26, 1945—52 gal. oil.................................................... 16.64
 ———
 Total ................................................................ $52.75

and that invoices were submitted within a reasonable time, but could not be paid because of the expiration of the time limit for payment from the appropriation of the 63rd biennium. The merchandise was ordered and delivered under State of Illinois blanket purchase order number D-124367 for period July 1, 1944 to June 30, 1945.

In the report of The Illinois Soldiers' and Sailors' Children's School, receipt of the merchandise is acknowledged; also that claimant has not received payment.

Where claimant has rendered service to the State of Illinois in accordance with a duly authorized contract, has submitted its statement of costs and charges to the respondent within a reasonable time and has not received payment, there remaining a sufficient unexpended balance in the appropriation from which payment could have been made, the claimant is entitled to an award. (The Texas Company vs. State of Illinois, 15 C.C.R. 112; Illinois Bell Telephone Company vs. State of Illinois, 15 C.C.R. 115 and cases therein cited).

An award is therefore entered in favor of claimant, Shell Oil Company, Inc. in the sum of $52.75.